UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL M. DIXON,

    Plaintiff,

Case No. 23-cv-12469
Hon. Matthew F. Leitman

v.

MICHIGAN DEPARTMENT
OF CORRECTIONS,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                         By:   s/Holly A. Ryan
                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 21, 2023
Detroit, Michigan